IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERTO BETANCOURT                                                      PLAINTIFF

v.                              No. 3:16-cv-309-DPM

ELLIOT, Chief, Jonesboro Police Department;
JONESBORO POLICE DEPARTMENT                                          DEFENDANTS

## ORDER

1. Betancourt hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 2 December 2016. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Betancourt an application to proceed *in forma pauperis*. If the Court grants Betancourt permission to proceed *in forma pauperis*, he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2016