## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROBERTO BETANCOURT                                           PLAINTIFF

v.                              No. 3:16-cv-309-DPM

ELLIOT, Chief, Jonesboro Police Department;
JONESBORO POLICE DEPARTMENT                       DEFENDANTS

### ORDER

Betancourt hasn't filed a signed *in forma pauperis* application; and his mail is now being returned undelivered. № 4 & 5–7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*10 January 2017*