IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERTO BETANCOURT                                              PLAINTIFF

v.                       No. 3:16-cv-309-DPM

ELLIOT, Chief, Jonesboro Police Department;
JONESBORO POLICE DEPARTMENT                          DEFENDANTS

JUDGMENT

Betancourt's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2017